UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAD MICHAEL SALSMAN, | : | CIVIL NO. 1:24-CV-00911 |
| Petitioner, | : | |
| v. | : | (Magistrate Judge Schwab) |
| SUPERINTENDENT MELINDA ADAMS, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

March 19, 2025

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that:

1. Salsman's petition for a writ of habeas corpus is **DENIED**.

2. There is no basis to issue a certificate of appealability.

3. The Clerk of Court is directed to close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge